```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CLIFFORD CASMENTO, JR.,                                            :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       20-cv-0944 (LJL)
        -v-                                                        :
                                                                   :           ORDER
VOLMAR CONSTRUCTION, INC., et al.,                                 :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020

LEWIS J. LIMAN, United States District Judge:

Plaintiff Clifford Casmento, Jr. moves to compel discovery pursuant to Fed. R. Civ. P. 37 and Local Rule 37.2. Dkt. No. 19. Defendants have not submitted a response. Plaintiff's requests and the Court's orders are as follows:

1. **Inadequate ESI Search.** Plaintiff complains that Defendants' search for electronically stored information ("ESI") in response to Plaintiff's request for documents has been deficient in that it was limited to a handful of documents and contains no ESI from many relevant custodians. Defendants are ORDERED to conduct a reasonable search for responsive ESI on pain that, if Defendants do not do so, Plaintiff may move for sanctions under Fed. R. Civ. P. 37. The Court is without sufficient information to determine what a reasonable search would require.

2. **Plaintiff's Personnel File.** Defendants are ORDERED to produce Plaintiff's personnel file responsive to number 2 of Plaintiff's requests for production of documents.

3. **Hiring and Firing.** Defendants are ORDERED to produce nonprivileged documents concerning the hiring and firing of Plaintiff and performance reviews of Plaintiff pursuant to numbers 3, 4 and 5 of Plaintiff's requests for production of documents.

4. **26 Federal Plaza Contract(s).** Contracts related to the Volmar project at the 26 Federal Plaza Site are relevant. Defendants are ORDERED to produce documents responsive to number 10 of Plaintiff's requests for production of documents.

5. **Safety Records**. Defendants are ORDERED to produce documents responsive to numbers 11-16 and 18-22 of Plaintiff's requests for production of documents, all of which relate to health and safety issues with respect to the 26 Federal Plaza Site.

SO ORDERED.

Dated: August 10, 2020
      New York, New York

                                   LEWIS J. LIMAN
                                 United States District Judge