UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFFORD CASMENTO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> VOLMAR CONSTRUCTION, INC., <br><br> EFSTATHIA MARINAKIS, and <br><br> JOHN VOLANDES, <br><br> Defendants. | No. 20 CV 0944 (LJL) |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

Wesley M. Mullen
MULLEN PC
200 Park Avenue, Suite 1700
New York, NY 10166
(646) 632-3718
wmullen@mullenpc.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFFORD CASMENTO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> VOLMAR CONSTRUCTION, INC., <br><br> EFSTATHIA MARINAKIS, and <br><br> JOHN VOLANDES, <br><br> Defendants. | No. 20 CV 0944 (LJL) |

**Liability**

1. Has Plaintiff proven by a preponderance of the evidence that defendants demoted him and/or terminated his employment because he complained about or reported conduct or circumstances he reasonably believed to violate the law?

   YES:____     NO:____

2. Has Plaintiff proven by a preponderance of the evidence that defendants demoted him and/or terminated his employment because of his disability?

   YES:____     NO:____

   *[If you answered YES to either one of questions 1 or 2, please proceed to the next question.]*
   *[If you answered NO to both questions 1 and 2, your deliberations are complete.]*

**Damages**

3. <u>Back Pay Damages.</u> Please state the total amount, if any, of back pay that Plaintiff has proven by a preponderance of the evidence that he is entitled to.
   $_____

4. <u>Front Pay Damages.</u> Please state the total amount, if any, of front pay that Plaintiff has proven by a preponderance of the evidence that he is entitled to.
   $_____

5. <u>Compensatory Damages.</u> Please state the total amount, if any, of compensatory damages (not including back pay and front pay) that Plaintiff has proven by a preponderance of the evidence that he is entitled to.
   $_____

6. <u>Punitive Damages.</u> Please state the total amount, if any, of punitive damages that you have determined should be awarded to the plaintiff.
   $_____

Date: _____, 2022
New York, NY

_____
FOREPERSON