UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD CASMENTO, JR.,

                              Plaintiff,

   -v-

VOLMAR CONSTRUCTION, INC., EFSTATHIA MARINAKIS, and JOHN VOLANDES,

                              Defendants.

CIVIL ACTION NO.: 20 Civ. 944 (LJL) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties request to adjourn (ECF No. 81) is GRANTED. The settlement conference scheduled for March 10, 2022 at 10:00 am is ADJOURNED to **Monday, April 11, 2022 at 2:30 pm** and will take place by videoconference hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 80 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **April 5, 2022**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

The Clerk of Court is respectfully directed to close ECF No. 81 and to set this conference as a settlement conference even though it will take place remotely.

Dated:       New York, New York
               March 2, 2022

                                            SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**