UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIFFORD CASMENTO, JR.,

                Plaintiff,

-v-

VOLMAR CONSTRUCTION INC.,
EFSTATHIA MARINAKIS, and
JOHN VOLANDES

                Defendants.

20-cv-0944 (LJL)

**VERDICT FORM**

---

### PLEASE FOLLOW ALL INSTRUCTIONS, CHECK (√) YOUR ANSWERS, AND FILL IN THE BLANKS

*All Answers Must Be Unanimous*

### Liability

1. Has the plaintiff proven by a preponderance of the evidence that defendants demoted him and/or terminated his employment because he complained about or reported conduct or circumstances he reasonably believed to violate the law?

    YES: _____    NO: __X__

*If and only if you have answered yes to Question 1, please indicate below whether you find that plaintiff has prevailed under New York State law, New York City law, or both:*

    New York State law:

        YES: _____    NO: _____

    New York City law:

        YES: _____    NO: _____

*If and only if you have answered yes to Question 1, please indicate below which defendant or defendants you have found liable on this count:*

   Volmar Construction, Inc.:

   YES: _____          NO: _____

   Efstathia Marinakis:

   YES: _____          NO: _____

   John Volandes:

   YES: _____          NO: _____

2. Has the plaintiff proven by a preponderance of the evidence that defendants demoted him and/or terminated his employment because of a visual disability or because he opposed or complained about unlawful practices related to workplace disability?

   YES: _____          NO: __✗__

*If and only if you have answered yes to Question 2, please indicate below whether you find that plaintiff has prevailed under New York State law, New York City law, or both:*

   New York State law:

   YES: _____          NO: _____

   New York City law:

   YES: _____          NO: _____

*If and only if you have answered yes to Question 2, please indicate below which defendant or defendants you have found liable on this count:*

   Volmar Construction, Inc.:

   YES: _____          NO: _____

   Efstathia Marinakis:

   YES: _____          NO: _____

   John Volandes:

   YES: _____          NO: _____

3. Has the plaintiff proven by a preponderance of the evidence that he requested reasonable accommodation for his disability and that defendants failed to make such accommodation?

   YES: _X_    NO: _____

*If and only if you have answered yes to Question 3, please indicate below whether you find that plaintiff has prevailed under New York State law, New York City law, or both:*

   New York State law:

   YES: _X_    NO: _____

   New York City law:

   YES: _X_    NO: _____

*If and only if you have answered yes to Question 3, please indicate below which defendant or defendants you have found liable on this count:*

   Volmar Construction, Inc.:

   YES: _X_    NO: _____

   Efstathia Marinakis:

   YES: _____    NO: _X_

   John Volandes:

   YES: _____    NO: _X_

*If you have answered "yes" to any of the above questions, go on to Question No. 4. If you have answered "no" to all the above questions, please stop here, and date and sign the last page of the verdict form.*

Case 1:20-cv-00944-LJL   Document 97   Filed 06/10/22   Page 4 of 6

**Damages**

4. <u>Compensatory Damages</u>. Please state the total amount, if any, of compensatory damages that the plaintiff has proven by a preponderance of the evidence that he is entitled to.

    $ _____Ø_____

    *If and only if you have answered yes to Question 4, please indicate below which defendant or defendants you have found liable for these damages:*

    Volmar Construction, Inc.:

    YES: _____        NO: _____

    Efstathia Marinakis:

    YES: _____        NO: _____

    John Volandes:

    YES: _____        NO: _____

5. <u>Nominal Damages</u>. Please state the total amount, if any, of nominal damages that you have determined should be awarded to the plaintiff.

    $ _____Ø_____

    *If and only if you have answered yes to Question 5, please indicate below which defendant or defendants you have found liable for these damages:*

    Volmar Construction, Inc.:

    YES: _____        NO: _____

    Efstathia Marinakis:

    YES: _____        NO: _____

    John Volandes:

    YES: _____        NO: _____

6. <u>Punitive Damages</u>. Please state the total amount, if any, of punitive damages that you have determined should be awarded to the plaintiff.

$ 300,000

*If and only if you have answered yes to Question 6, please indicate below which defendant or defendants you have found liable for these damages:*

    Volmar Construction, Inc.:

        YES: ✓                        NO: _____

    Efstathia Marinakis:

        YES: _____                    NO: ✓

    John Volandes:

        YES: _____                    NO: ✓

*[Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.]*

5

After completing the form, each juror who agrees with this verdict must sign below:



Dated:  6/7/2022